UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE (#90331)

VERSUS                                    CIVIL ACTION NO.: 08-678-JVP-DLD

JAMES LEBLANC, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 18, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this action shall be **DISMISSED**, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, April 6th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA