UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DIST. OF LA

2009 APR -6  P 2: 34

BY DEPUTY CLERK

PRESTON G. DEMOUCHETTE (#90331)

VERSUS                             CIVIL ACTION NO.: 08-678-JVP-DLD

JAMES LEBLANC, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, James LeBlanc, N. Burl Cain, and 16th Judicial District Court, St. Mary Parish, and against the plaintiff, Preston G. Demouchette, and this action is hereby **DISMISSED**, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, April 6th, 2009.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA